

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| United States of America, )<br>　　　　　　　　　　　　　　 )<br>　　　　　Plaintiff, 　　　　　 )<br>　　　　　　　　　　　　　　 )<br>　v.　　　　　　　　　　　　 )　　No.　02 CR 200-11<br>　　　　　　　　　　　　　　 )<br>Kent Clark,　　　　　　　　 )　　Judge Rebecca R. Pallmeyer<br>　　　　　　　　　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>　　　　　Defendant.　　　　 ) | |

## ORDER

Defendant's motion for relief under the First Step Act [1879] is granted.

ENTER:

Dated: June 13, 2019

　　　　　　　　　　　　　　　　　REBECCA R. PALLMEYER
　　　　　　　　　　　　　　　　　United States District Judge